# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HART, JACOB P. | EASTERN DISTRICT OF PA. | 07/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME RECALLED MAGISTRATE JUDGE | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

601 MARKET ST.
PHILA., PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 07/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 07/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. DAVIS OF NEW YORK MUTUAL FUND | C | Dividend | L | T | | | | | |
| 2. MORGAN STANLEY BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 3. AB GLOBAL INVESTMENT INCOME | B | Dividend | K | T | | | | | |
| 4. LOOMIS SAYLES STRATEGIC INCOME | A | Dividend | L | T | | | | | |
| 5. DELAWARE TAX FREE PENNSYLVANIA FUND | A | Dividend | N | T | Buy (add'l) | 09/19/19 | M | | |
| 6. ALPINE ULT SHT TX OPT INC INV(NOW ABERDEEN ULTSHRT MUNI INC INST (ATOI | A | Dividend | O | T | | | | | |
| 7. MAINSTAY SHT TRM HI YLD | C | Dividend | L | T | | | | | |
| 8. NEUBERGER BERMAN STR INC INST | B | Dividend | K | T | | | | | |
| 9. COLONY CAP INC | | None | K | T | | | | | |
| 10. BLACKROCK LARGE CAP VALUE | C | Dividend | M | T | | | | | |
| 11. JP MORGAN GROWTH ADVANTAGE | E | Dividend | M | T | | | | | |
| 12. GOLDMAN SACHS STRATEGIC | E | Dividend | M | T | | | | | |
| 13. CITIGROUP IRA (H) (assets below) | | | | | | | | | |
| 14. MS LIQUID ASSET FUND | A | Dividend | J | T | | | | | |
| 15. MET WEST TOT RET BD (MWTIX) | C | Dividend | L | T | Sold (part) | 11/20/19 | J | A | |
| 16. BLACKROCK LOW DUR BD(BFMSX) | C | Dividend | M | T | Sold (part) | 11/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. T ROWE PRICE SM CAP (PRDSX) | | None | J | T | Buy | 04/23/19 | J | | |
| 18. LOOMIS GROWTH Y (LSGRX) | A | Dividend | K | T | Buy<br>(add'l) | 04/18/19 | K | | |
| 19. JP MORGAN VALUE ADVANTAGE (JVASX) | B | Dividend | L | T | Sold<br>(part) | 04/23/19 | K | A | |
| 20. HARDING LOEVNER INTL EQTY INST (HLMIZ) | B | Dividend | L | T | Sold<br>(part) | 04/23/19 | K | A | |
| 21. OAKMARK INTERNATIONAL (OAKIX) | B | Dividend | L | T | Sold<br>(part) | 04/23/19 | L | A | |
| 22. PIMCO SHORT TERM P (PTSPX) | B | Dividend | M | T | Buy<br>(add'l) | 04/23/19 | J | | |
| 23. HARTFORD MIDCAP (HFMIX) | A | Dividend | J | T | Sold<br>(part) | 04/23/19 | K | A | |
| 24. WELLS FARGO SPECIAL (WFMIX) | A | Dividend | J | T | Sold<br>(part) | 04/23/19 | K | A | |
| 25. CAUSEWAY EMERGING MARKETS (CEMIX) | A | Dividend | L | T | Sold<br>(part) | 04/23/19 | K | A | |
| 26. ISHARES RUSSELL 1000 GRW ETF (IWF) | | None | L | T | Buy<br>(add'l) | 04/23/19 | K | | |
| 27. ISHARES RUSSELL 1000 VALUE ETF (IWD) | A | Dividend | K | T | Buy<br>(add'l) | 04/23/19 | K | | |
| 28. ISHARES TIPS BOND (TIP) | A | Dividend | L | T | Sold<br>(part) | 11/20/19 | J | A | |
| 29. ISHARES RUSSELL 2000 (VALUE) | A | Dividend | J | T | | | | | |
| 30. ISHARES RUSSELL 2000 (GROWTH) | | None | | | Sold | 04/23/19 | J | A | |
| 31. DELAWARE VALUE INSTL | A | Dividend | K | T | Sold<br>(part) | 04/23/19 | K | A | |
| 32. WESTERN ASSET CORE | C | Dividend | L | T | Sold<br>(part) | 11/20/19 | J | A | |
| 33. JOHN HANCOCK INT. GROWTH (GOGIX) | A | Dividend | L | T | Sold<br>(part) | 11/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ISHARES INC. JAPAN | A | Dividend | K | T | Sold (part) | 04/23/19 | J | A | |
| 35. ISHARES 20+YR TREASU BOND ETF (TLT) | | None | L | T | Buy | 04/23/19 | L | | |
| 36. HARDING LOEVNER EMERG MKTS ADV (HLEMX) | | None | L | T | Buy | 04/23/19 | L | | |
| 37. HARTFORD INTL VALUE 1 (HILIX) | B | Dividend | L | T | Buy | 04/23/19 | L | | |
| 38. CITIZENS BANK MONEY MARKET ACCOUNTS | A | Interest | L | T | | | | | |
| 39. CITIGROUP SEP IRA (assets listed below) | | | | | | | | | |
| 40. MS LIQUID ASSET FUND | A | Dividend | J | T | | | | | |
| 41. METROPOLITAN WEST TOT RET BD (MWTIX) | B | Dividend | J | T | Sold (part) | 11/20/19 | J | A | |
| 42. BLACKROCK LOW DUR BD (BFMSX) | A | Dividend | K | T | | | | | |
| 43. T ROWE PRICE QM US SM CP ]GR EQ (PRDSX) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 44. LOOMIS GROWTH (LSGRX) | A | Dividend | J | T | Buy (add'l) | 04/23/19 | J | | |
| 45. J P MORGAN VALUE ADVANTAGE (JVASX) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 46. HARDING LOEVNER INTL EQTY INST (HLMIX) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 47. OAKMARK INTERNATIONAL (OAKIX) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 48. PIMCO SHORT TERM P (PTSPX) | A | Dividend | J | T | | | | | |
| 49. HARTFORD MIDCAP I (HFMIX) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 50. WELLS FARGO SPECIAL MDCP VL I (WFMIX) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.  CAUSEWAY EMERGING MKTS INST (CEMIX) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 52.  ISHARES RUSSELL 1000 GRW ETF (IWF) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 53.  ISHARES RUSSELL 1000 VALUE ETF (IWD) | A | Dividend | J | T | Buy (add'l) | 04/23/19 | J | | |
| 54.  ISAHRES TIPS BOND ETF (TIP) | A | Dividend | J | T | | | | | |
| 55.  ISHARES INC. JAPAN | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 56.  ISHARES RUSSELL 2000 GROWTH | | None | | | Sold | 04/23/19 | J | A | |
| 57.  ISHARES RUSSELL 2000 VALUE | A | Dividend | J | T | | | | | |
| 58.  DELAWARE VALUE INSTL | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 59.  WESTERN ASSET CORE | A | Dividend | J | T | | | | | |
| 60.  JOHN HANCOCK INTL GROWTH | A | Dividend | J | T | | | | | |
| 61.  HARDING LOEVNER EMERG MKTS ADV (HLEMX) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 62.  HARTFORD INTL VALUE I | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 63.  ISHARES 20+ YR TREASU BOND ETF (TLT) | A | Dividend | J | T | Buy | 04/23/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 07/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JACOB P. HART**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544